UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14052-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

       Plaintiff,

vs.

LEONARDO GAMA-CRUZ,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Chief Magistrate Judge Frank J. Lynch Jr, on September 14, 2015. A Report and Recommendation was filed on September 21, 2015, [ECF No. 26], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 26], of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment, which charges the Defendant, an alien, having previously been removed from the United States on or about February 22, 2008, May 10, 2011, April 17, 2012, May 4, 2012, and May 19, 2012, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having

expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a).

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of October, 2015.

                      _____
                      JOSE E. MARTINEZ
                      UNITED STATES DISTRICT JUDGE

Copied:
Chief Magistrate Judge Lynch, Jr.
All Counsel Of Record